IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

THOMAS SIZEMORE, )
)
Plaintiff, )
)
v. ) Case No. CIV-15-381-M
)
W. A. SHERROD, et al., )
)
Defendants. )

**ORDER**

On May 14, 2015, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in the case. The Magistrate Judge recommended that based upon plaintiff's failure to make an initial partial filing fee payment, this action be dismissed without prejudice. Plaintiff was advised of his right to object to the Report and Recommendation by June 3, 2015. A review of the file shows no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 6] issued by the Magistrate Judge on May 14, 2015, and

(2) DISMISSES this action without prejudice based on plaintiff's failure to make an initial partial filing fee payment or show cause for the failure to pay.

**IT IS SO ORDERED this 15th day of June, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE